# U.S. District Court
# U.S. District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:22−cv−00721−WMW−TNL

Larson v. Syngenta Crop Protection LLC et al
Assigned to: Judge Wilhelmina M. Wright
Referred to: Magistrate Judge Tony N. Leung
Demand: $75,000
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 03/21/2022
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Verne Larson**     represented by    **Jason P Johnston**
Zimmerman Reed, LLP
1100 IDS Center
80 South 8th St.
Minneapolis, MN 55402
612−341−0400
Fax: 612−341−0844
Email: Jason.Johnston@zimmreed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Syngenta Crop Protection LLC**

**Defendant**

**Syngenta AG**

**Defendant**

**Chevron U.S.A., Inc.**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2022 | 1 | COMPLAINT against All Defendants (filing fee $ 402, receipt number AMNDC−9397049) filed by Verne Larson. Filer requests summons issued. (Attachments: # 1 Civil Cover Sheet) (Johnston, Jason) (Entered: 03/21/2022) |
| 03/21/2022 | 2 | (Text−Only) CLERK'S NOTICE OF INITIAL CASE ASSIGNMENT. Case assigned to Judge Wilhelmina M. Wright per 3rd 4th Master list, referred to Magistrate Judge Tony N. Leung. Please use case number 22−cv−721 (WMW/TNL). (MMP) (Entered: 03/21/2022) |
| 03/21/2022 | 3 | Summons Issued as to Chevron U.S.A., Inc., Syngenta AG, Syngenta Crop Protection LLC. (MMP) (Entered: 03/21/2022) |
| 03/21/2022 | 4 | |

| | | |
|---|---|---|
| | | Clerk's Notice to JPML regarding case potentially related to MDL #3004 re: 1 Complaint. (MMP) (Entered: 03/21/2022) |
| 03/21/2022 | 5 | (Text–Only): Notice re: Non–Admitted Attorney

We have received documents listing **A. Layne Stackhouse** as counsel of record. If he or she wishes to be listed as an attorney of record in this case, he or she must be admitted to the bar of the U.S. District Court of Minnesota in accordance with Local Rule 83.5 (a), (b) and (c) or temporarily admitted pro hac vice in accordance with Local Rule 83.5 (d) or (e).

For more admissions information and forms, please see the Attorney Forms Section of the courts website at www.mnd.uscourts.gov/forms/all–forms. (MMP) (Entered: 03/21/2022) |
| 04/04/2022 | 6 | (Text–Only) NOTICE – Judge Wilhelmina M. Wright's Practice Pointers are available on the United States District Court for the District of Minnesota's website. All parties are expected to be familiar with and adhere to these Practice Pointers, including Judge Wright's deviations from the Local Rules with respect to motion scheduling and briefing deadlines. (RJE) (Entered: 04/04/2022) |
| 04/04/2022 | 7 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO–18) transferring case to the Southern District of Illinois per the MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Nancy J. Rosenstengel.(kt) (Entered: 04/04/2022) |