| United States District Court | DISTRICT OF MINNESOTA |
|---|---|
| Verne Larson | Court File Number |
| Plaintiff, | 0:22-cv-00721-WMW-TNL |
| v. | |
| Syngenta Crop Protection, LLC, et al | |
| Defendant, | Affidavit of Service |

State of Minnesota )
County of Hennepin )

I, Brandon S. Slopek, state that on Tuesday, March 22, 2022 at 3:00 PM I served the Summons, Complaint, & Exhibits upon Chevron USA, therein named, personally at 2345 Rice Street, Suite 230, Roseville, MN 55113, by handing to and leaving with Chris Olund, Agent for Prentice-Hall, authorized to accept service, the Registered Agent for Chevron USA, a true and correct copy thereof.

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minnesota Statute § 358.116.

Dated: 3/23/2022

Brandon S. Slopek, Process Server

*2529065 - 2*



330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

RE: Larson and Michels