| United States District Court | DISTRICT OF MINNESOTA |
|---|---|
| Verne Larson<br><br>        Plaintiff,<br><br>v.<br><br>Syngenta Crop Protection, LLC, et al<br><br>        Defendant, | Court File Number<br>0:22-cv-00721-WMW-TNL<br><br><br><br>**Affidavit of Service** |

State of Minnesota  )
County of Hennepin  )

I, Timothy B. Clemens, state that on Wednesday, March 23, 2022 at 11:30 AM I served the Summons, Complaint, & Exhibits upon Syngenta Crop Protection, therein named, personally at 1010 Dale Street North, St Paul, MN 55117, by handing to and leaving with Cathy Prescher, Agent for CT Corporation, authorized to accept service, the Registered Agent for Syngenta Crop Protection, a true and correct copy thereof.

I declare under penalty of perjury that everything I have stated in this document is true and correct.  Minnesota Statute § 358.116.

Dated: 3/23/2022  _____
Timothy B. Clemens, Process Server


*2529065 - 4*


legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

RE: Larson and Michels        -1-